# COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

Hon. Asa Allen Skinner                  Terry Wayne Lambright
District Attorney, 30th JDC             Assistant DA, 30th JDC
P. O. Box 1188                          P. O. Box 1188
Leesville LA 71496-1188                 Leesville LA 71446


## REHEARING ACTION: November 12, 2015


**Docket Number: 15   00147-KA**

**STATE OF LOUISIANA**
**VERSUS**
**CEDRIC DANIELS**

**Appealed from Vernon Parish Case No. 85591**


**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters**
    **Hon. John E. Conery**
    **Hon. David Kent Savoie**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana** has this day been

    **GRANTED.**  See opinion on rehearing.


cc: Edward Kelly Bauman, Counsel for the Appellant